Decided August 11, 1994

KENNETH GELORMINO, SR. *v.* WARDEN

The petition of the petitioner Kenneth Gelormino, Sr., for certification for appeal from the Appellate Court is dismissed.

*Michael A. Fitzpatrick,* in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided September 14, 1994